UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Valentino Richardson,
a.k.a. "T," "Tino," "Redman,"
"Rude Boy," et al.,

        Defendants.
_____/

Case No. 2:22-cr-20059

Honorable Mark A. Goldsmith

### FIRST FORFEITURE BILL OF PARTICULARS

The United States of America, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to provide notice of specific property which the United States intends to forfeit upon conviction, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as set forth in the Indictment (ECF No. 14), including, but not limited to the following,

- One Winchester 59 Shotgun, CAL:12, Serial No. 68032;
- Seven Rounds Winchester-Western Ammunition, CAL:12; and
- $14,212 in U.S. Currency.

This notice neither limits the United States from seeking the forfeiture of additional specific property nor limits the United States from seeking the imposition of a forfeiture money judgment or seeking the forfeiture of substitute assets pursuant to 21 U.S.C. § 853(p).

                    Respectfully submitted,

                    DAWN N. ISON
                    United States Attorney

                    S/Cassandra M. Resposo
                    CASSANDRA M. RESPOSO
                    Assistant United States Attorney
                    211 W. Fort Street, Suite 2001
                    Detroit, Michigan 48226
                    (313) 226-9736
                    Cassandra.Resposo@usdoj.gov
                    Illinois Bar No. 6302830

Dated:  March 10, 2022

## *CERTIFICATION OF SERVICE*

I hereby certify that on March 10, 2022, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

>S/Cassandra M. Resposo
>CASSANDRA M. RESPOSO
>Assistant United States Attorney
>211 W. Fort Street, Suite 2001
>Detroit, Michigan 48226
>(313) 226-9736
>Cassandra.Resposo@usdoj.gov
>Illinois Bar No. 6302830